United States District Court
Northern District of New York

# JUDGMENT

**DOW ELECTRIC, INC.**
           **Plaintiff**

       VS.                           7:03-CV-689 (FJS) (DEP)

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 910**
           **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the plaintiff's motion for summary judgment is granted in part and denied in part and defendant's cross motion for summary judgment is granted in part and denied in part on plaintiff's claims and defendant's counterclaim.  The Court vacates the Labor-Management Committee's $991,629.89 award based on the 2000-2003 CBA.  Further the Court affirms the Labor-Management Committee's $63,011.48 award based on the 1997-2000 CBA.

All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 29th day of May, 2007.

**MAY 30, 2007**                                **LAWRENCE K. BAERMAN**

**DATE**                                                **CLERK OF COURT**

                                                               **s/**

                                                               **JOANNE BLESKOSKI**
                                                               **DEPUTY CLERK**